Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

FILED
2023 MAR 30  A 11: 13
U.S. DISTRICT COURT
N.D. OF ALABAMA

Tecumseh M. Mayes
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

Case No.: 5:23cv-404-LCB
(to be filled in by the Clerk's Office)

JURY TRIAL ☑ Yes ☐ No

Darden Bridgeforth/son's et al
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

  A. **The Plaintiff**
  Name           Tecumseh M. Mayes
  Street Address 845 College Ave.
  City and County Courtland, Al
  State and Zip Code 35618
  Telephone Number (256) 710-7537

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Defendant No. 1
   Name: Darden Bridgeforth/Son's
   Job or Title: Employer
   Street Address: 17049 Bridgeforth Road
   City and County: Tanner
   State and Zip Code: AL, 35671

Defendant No. 2
   Name: N/A
   Job or Title:
   Street Address:
   City and County:
   State and Zip Code:

Defendant No. 3
   Name: N/A
   Job or Title:
   Street Address:
   City and County:
   State and Zip Code:

Defendant No. 4
   Name: N/A
   Job or Title:
   Street Address:
   City and County:
   State and Zip Code:

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5
Name _____N/A_____
Job or Title _____
Street Address _____
City and County _____
State and Zip Code _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question  ☒ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency __Darden Bridgeforth/Son's__

Address __Same as above__

### B. If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

__Due Process Violations Pursuant to the (4, 8, -14-__
__to the U.S. CA),__

**C.  If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, (name) Barden Bridgebor And Son's is a citizen of the State of (name) Alabama.

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, (name) _____, is a citizen of the State of (name) _____. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation

   The defendant, (name) Same as above, is incorporated under the laws of the State of (name) Alabama, and has its principal place of business in the State of (name) Athens.

   Or is incorporated under the laws of (foreign nation) N/A, and has its principal place of business in (name) /.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

   Is in excess of $ 100,000.00

**III.  Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Defendant is a company and was my employer at the time in question and did allow the following as was mentioned in the State civil Action that makes the basis of this action whereby I did appeal to the Alabama Supreme Court.

The claims to be reviewed are such, a) wrongfully layed me off without Due Process, b) The defendant allowed me to be Sexually Harassed on the Job site etc.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seek Punitive Damages for the injuries mentioned herein, also exemplary Damages pertinent to the hardships plaintiff suffer froms to date such as wrongful lay off, and the Sexual Harassment on the Job Site.
There are other claims that are forth coming as the case Proceed.

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V.  Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name  Tecumseh M. Mayes     Last Name  Mayes
Mailing Address  845 College Ave
City and State  Courtland     AL     Zip Code  35618
Telephone Number  (256) 710-7527
E-mail Address  Tecumsehm35@Gmail.com

Signature of plaintiff  Tecumseh M. Mayes
Date signed  3-24-23

**\*\*OPTIONAL\*\***

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients

☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

Tehumsehm35@Gmail.Com

Participant signature: Tecumseh M. Magee

Date: 3-24-23